FILED MAR30'26PM3:38
MDGA-MAC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INFORMATION |
| | : | |
| v. | : | CRIMINAL NO. 5:26-MJ-23_____ |
| | : | |
| CLYDE D. HAYES | : | |
| _____ | : | |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
### (Illegal Importation of Migratory Birds)

On or about July 11, 2023, in the Macon Division of the Middle District of Georgia,

**CLYDE D. HAYES**

imported, exported, transported, sold, received, acquired, and purchased wildlife taken, possessed,

transported, and sold in violation of any law, treaty, and regulation of the United States; all in

violation of Title 16, United States Code, Section 3372(a)(1)

WILLIAM R. KEYES
UNITED STATES ATTORNEY

By: _____
JULIUS JEFFERSON
ASSISTANT UNITED STATES ATTORNEY