IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,                    *

v.                                            *

                                              5:26-MJ-23

                                                 Mag Number:  5:25-po-00028-CHW-T

Clyde D Hayes,                                *

                                                 Violation:  W0873099

        Defendant.

                                              *

## PLEA

I, Clyde D Hayes , having been advised of my Constitutional rights, and having had the charges

herein stated to me, plead _Guilty_ , this _30th_ day of _March_ , 2026.

α _____
DEFENDANT

_____
COUNSEL FOR THE DEFENDANT

_____
ASSISTANT UNITED STATES ATTORNEY
(JULIUS   JEFFERSON)